James R. YOCOM et al., Appellants,

v.

Billie SPRADLIN et al., Appellees.

Court of Appeals of Kentucky.

March 16, 1973.

Rehearing Denied June 1, 1973.

Gemma M. Harding, Department of Labor Louisville, Fred G. Francis, Prestonsburg, for appellants.

W. W. Burchett, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

Carroll O. WILSON and Edith M. Wilson, Appellants,

v.

Henrietta WITTENAUER, Appellee.

Court of Appeals of Kentucky.

March 16, 1973.

Rehearing Denied June 1, 1973.

Benjamin Mazin, H. Bemis Lawrence and William W. Lawrence, Louisville, for appellants.

Stuart E. Lampe, Louisville, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming on Appeal and Cross-Appeal.*

* Opinion ordered not to be published.